Robert SIMMS, Jr. *v.* The SAFEWAY TRAILS, INC. and Midwest Bus Lines, Inc.

87-257                                           743 S.W.2d 824

Supreme Court of Arkansas
Opinion delivered February 16, 1988

No response.

*Garslere & Wynne,* by: *Larry J. Bridgefarmer, Douglas S. Lang,* and *Todd R. Moore,* for appellee.

PER CURIAM. ▮ The appellees have filed a motion to stay briefing in this case because they are in bankruptcy. The motion is granted.